UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOXIEDOR LLC, a Washington Limited Liability Company, d/b/a PUPPYLAND; DOXIEDOOR IV, LLC, a Washington Limited Liability Company, d/b/a PUPPYLAND; DOXIEDORX LLC, a Washington Limited Liability Company; JUSTIN KERR, individually and as part of the marital community comprised of Justin Kerr and Kayla Kerr; AND KAYLA KERR, individually and as part of the marital community comprised of Justin Kerr and Kayla Kerr.<br><br>Defendants. | Case No.  3:23-cv-5740<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Midvale Indemnity Company hereby makes the following disclosures:

Midvale Indemnity Company is owned by American Family Mutual Insurance Company,

Page 1 - PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Patrick J. Kurkoski, WSBA #27908
PO Box 77055, Madison, WI 53707
(503) 403-1880, ext 53645
Midvale Indemnity Company

S.I. which states that it is a mutual insurance company with no parent corporations or any publicly held corporation owning 10% or more of its stock.

DATED this 17th day of August, 2023.

By: _____
Patrick J. Kurkoski, WSBA #27908
Attorney at Law
PO Box 77055
Madison, WI 53707
Telephone: 503-403-1880, ext. 53645
Facsimile:  877-822-9631
pkurkosk@amfam.com
Attorney for Plaintiff

Page 2 - PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT